# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 27, 2009

138363

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

_____

In re AMARION TASHAWN WILBOURN,
Minor.

_____

DEPARTMENT OF HUMAN SERVICES,
      Petitioner-Appellee,

v

REGINA BOYD
      Respondent-Appellant.

SC: 138363
COA: 287173
Oakland CC Family Division:
08-744327-NA

_____/

On order of the Court, the application for leave to appeal the February 10, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 27, 2009

s0324

_____
Clerk